FILED

SEP 27 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-52-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| COLTON WAYNE NEAL, | |
| Defendant. | |

For the reasons stated on the record, COLTON WAYNE NEAL is hereby released from the custody of the U.S. Marshals Service.

DATED this 27th day of September, 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1