FILED
APR 0 9 2020
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-52-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| COLTON WAYNE NEAL, | |
| Defendant. | |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Revocation Hearing set for Wednesday, April 15, 2020 at 2:00 p.m. is **VACATED** and **RESET** for **Wednesday, April 15, 2020, at 1:00 p.m., changing the time of the hearing only.** The hearing will be held **VIA VIDEO from the Yellowstone County Detention Facility.** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 9th day of April, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE